IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

WADE A WILLIAMS

VS

FOCUS RECEIVABLES MANAGEMENT, LLC

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2013

JEFFREY P. COLWELL
CLERK

CASE NO.:13-CV-00565

ReB-meit

## AFFIDAVIT OF SERVICE

Personally appeared before, the undersigned officer duly authorized to administer oaths, Chali Abebe, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on **03/11/2013** at **2:53 PM** I served **QUINN EVANS** at **CT CORPORATION SYSTEM, 1201 PEACHTREE STREET NE, Atlanta, GA 30361** with the following: **Summons; Complaint.**

Description of person process was left with:

TITLE/RELATION: A PROCESS SPECIALIST

SEX: **Female**   SKIN: **Black**   HAIR: **Black**   HEIGHT: **5"0"- 5"3"**   WEIGHT: **141-160 lbs**   AGE: **33**
Additional Features/ Comments:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-12-13

Signed and sworn before me on
this ___day of __MARCH__, 20_13_
by an affiant who is personally known to me
or produced identification.

Notary Public

Chali Abebe
Ace Legal Service LLC.
P.O.BOX 170440
Atlanta, GA 30317
404-373-6076
serveatlnow@gmail.com

926

**WADE A WILLIAMS**
303-280-2765