IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 13-cv-00565-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Unopposed Dismissal with Prejudice [filed August 22, 2013; docket #25]. The Court construes the Notice as a Motion to Dismiss under Fed. R. Civ. P. 41(a)(2) since the provisions of Fed. R. Civ. P. 41(a)(1)(i) no longer apply. Absent any objection from Defendant, the Court finds the terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case, accordingly.

    Dated and entered at Denver, Colorado this 26th day of August, 2013.

                            BY THE COURT:

                            */s/ Michael E. Hegarty*

                            Michael E. Hegarty
                            United States Magistrate Judge